UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

In Re:  MOSES KEY                                                                          Case No.  13-50670
           SHARON DENISE KEY

## **MOTION FOR TURNOVER**

Comes now Elizabeth G. Andrus ("Trustee"), who represents:

1.

The debtors MOSES KEY and SHARON DENISE KEY filed a Voluntary Petition pursuant to Chapter 7 of Title 11, United Stated Code on June 13, 2013, the first meeting of creditors was scheduled herein for August 1, 2013, and the meeting was conducted on that date.

2.

Elizabeth G. Andrus was appointed as interim trustee, has qualified as permanent trustee and continues to serve in that capacity.

3.

At the meeting of creditors it was determined that each debtor had filed 2013 tax returns using an improper filing status, and the debtors testified that they had personally signed the returns but stated that their tax preparer had recommended filing this way.  The debtors did not know exactly when the returns were mailed, because the preparer had mailed them, but stated that they had picked up their refund checks from the preparer some time in April and that the checks were not U.S. Treasury or Louisiana State checks, but rather checks drawn on the preparer's account.

4.

The debtors further testified that the amounts of their checks received from the tax preparer were significantly less than the amounts shown on the tax returns.  The difference was far more than the cost of preparation of typical tax returns. The debtors testified that they had no debts against which the tax refunds might have been offset and had received no notice from any taxing authority of any offset.  They stated that they had check stubs for the checks they received and other documents which should show what the preparer had charged for her services and an explanation of the net sums received by the debtors.

5.

At the 341 Meeeting, Trustee gave the debtors ten days to produce the documents relating to the 2012 tax returns and also requested information and documents relating to the real properties listed in the schedules, specifically, the current addresses of the co-owners, the last property tax statements, and the acts translative of title.  Trustee's attempts to obtain the above records and property of the estate have continued through the present date.  However, to date, nothing has been produced in response to Trustee's ongoing requests.

6.

Delays in obtaining the requested information may cause accrual of bank service fees, which fees will be administrative expenses of this estate necessitated by the delays caused by the debtors; therefore, Trustee seeks an Order requiring the debtor to pay all said fees.

7.

The trustee further requests the Court to order the debtor to make payment to the estate of the sum of $800.00 as attorney fees for the necessity of filing this motion.

WHEREFORE, Elizabeth G. Andrus, Trustee prays that the Court order the debtor to:

a. Produce all documentation and check stubs received from the tax preparer of the debtors' 2013 tax return filings and refunds, and
b. with respect to the real properties listed in the schedules, turn –
    (1) the current addresses of the co-owners,
    (2) the last property tax statements, and
    (3) the acts translative of title thereto,
c. turn over to the trustee all bank service fees that accrue, as instructed by the trustee; and
d. immediately pay to the trustee the sum of $800.00 as attorney fees to the estate for the necessity of filing this motion.

ANDRUS LAW FIRM

*/s/ Elizabeth G. Andrus*
ELIZABETH G. ANDRUS, #06309
500 Dover Blvd., Suite 334
Lafayette, Louisiana 70503
Telephone: (337) 981-3858

**CERTIFICATE**

I hereby certify that I have served a copy of the foregoing pleading on the Office of the U.S. Trustee, 300 Fannin St, Ste 3196, Shreveport, LA, 71101, the Debtors, 1711 Lillie St, Jeanerette LA 70544, and counsel, Michael C. Piccione, P.O. Box 2370, Lafayette LA 70502, through the Court's electronic noticing system and/or by depositing same in the U.S. Mail, today, January 13, 2014.

*/s/ Elizabeth G. Andrus*
ELIZABETH G. ANDRUS